PROB 12B
(7/93)

Report Date:  August 1, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 02 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Victor Anthony Schwartz        Case Number: 2:02CR00099-001

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea

Date of Original Sentence:  7/24/2002        Type of Supervision:  Supervised Release

Original Offense: Attempted Possession With Intent        Date Supervision Commenced:  4/28/2006
to Distribute 1 Kilogram of Cocaine , 21 U.S.C. §
841(a)(1) and 846

Original Sentence: Prison - 60 Months; TSR - 48        Date Supervision Expires:  4/27/2010
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> *Amended Special Condition 17:* You shall abstain from the use of illegal controlled substances, and shall
> submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per
> month, in order to confirm continued abstinence from these substances.

## CAUSE

Based on the United States v. Stephens (9th Cir. 2005) case, probation is requesting the above noted modification.
Mr. Schwartz has no objection to the modification and has signed a waiver of hearing.

Respectfully submitted,

by

Sam Najera
U.S. Probation Officer
Date:  August 1, 2006

Prob 12B
**Re:  Schwartz, Victor Anthony**
**August 1, 2006**
**Page 2**


THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

_____
Signature of Judicial Officer

_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____
Sam Najera
U.S. Probation Officer

Signed: _____
Victor Anthony Schwartz
Probationer or Supervised Releasee

_____August 1, 2006_____
Date